Todd A. Seaver (SBN 271067)
BERMAN DEVALERIO
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6282
Email: tseaver@bermandevalerio.com

*Counsel for Plaintiffs and the Proposed Class*

[Additional Counsel on Signature Page]

IT IS SO ORDERED
Judge Edward J. Davila
DATED: 9/4/2015

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES LEBINSKI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTUIT, INC.,<br><br>Defendant. | Case No.  5:15-cv-02209-EJD<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Courtroom 4, 5th Floor<br>Hon. Judge Edward J. Davila |

Plaintiff James Libinski filed his class action complaint on May 15, 2015.  He now intends to pursue his claims as a plaintiff or proposed class member in the consolidated action *In re Intuit Data Litigation*, No. 15-cv-01778-EJD, as ordered by the Court on August 24, 2015 (Dkt. 29).

Accordingly, Plaintiff voluntarily dismisses this action without prejudice.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i) ("[T]he plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . .").

Plaintiff has conferred with Defendant, and the parties agree that Federal Rule of Civil Procedure 41(d) does not apply under the circumstances of this dismissal.

The Clerk shall close this file. All pending deadlines and hearings are terminated.

[CASE NO. 5:15-CV-02209-EJD] NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE        1

| | | |
|---|---|---|
| 1 | Dated: September 2, 2015 | Respectfully submitted, |
| 2 | | BERMAN DEVALERIO |

By:    /s/ *Todd A. Seaver*
        Todd A. Seaver

One California Street, Suite 900
San Francisco, CA 94111
T: (415) 433-3200
F: (415) 433-6382
Email: tseaver@bermandevalerio.com

Daniel E. Gustafson
Daniel C. Hedlund
Eric S. Taubel
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
T: (612) 333-8844
F: (612) 339-6622
Email: dgustafson@gustafsongluek.com
       dhedlund@gustafsongluek.com
       etaubel@gustafsongluek.com

Mark S. Goldman
Paul J. Scarlato
Brian D. Penny
GOLDMAN SCARLATO & PENNY, P.C.
101 E. Lancaster Avenue
Suite 204
Wayne, PA 19087
P: (484) 342 0700
F: (484) 580 8747
Email: goldman@lawgsp.com
       scarlato@lawgsp.com
       penny@lawgsp.com

*Counsel for Plaintiffs and the Proposed Class*